**PREMIER JUSTICE LAW P.C.**
Susan Lee Yu, Esq. (SBN 256423)
155 N. Lake Ave., Suite 800
Pasadena, CA 91101
Telephone:   (800) 515-3730
Facsimile:   (800) 539-0778

Attorney for Plaintiff
TAMMY TA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY TA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC., a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO.: 8:25-CV-02085-FWS-DFM**<br>Assigned for all purposes to:<br>The Honorable: Fred W. Slaughter<br>Courtroom: 10D<br><br>[*Originally filed in Orange County Superior Court Case No. 30-2025-01502230-CU-BC-CJC*]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

　　　Plaintiff TAMMY TA provides notice that the parties have settled this matter amongst themselves. The parties expect to complete drafting and execution of a formal settlement stipulation and file a dismissal of the entire case within sixty (60) days of this date.

///

///

1
**NOTICE OF SETTLEMENT OF ENTIRE CASE**

| | | | |
|---|---|---|---|
| 1 | DATED: | November 4, 2025 | **PREMIER JUSTICE LAW, P.C.** |

By: *Susan Yu*
Susan Lee Yu, Esq.
Attorney for Plaintiff
TAMMY TA

| | | | |
|---|---|---|---|
| | DATED: | November 4, 2025 | **WOMBLE BOND & DICKINSON LLP** |

By: */s/ Chip White*
Chip White, Esq.
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Susan Yu, counsel for Plaintiff TAMMY TA, hereby certify that the content of this document is acceptable to Chip White, counsel for Defendant MERCEDES-BENZ USA, LLC and that I have obtained Mr. White's authorization to affix his electronic signature to this document.

DATED:    November 4, 2025                    **PREMIER JUSTICE LAW, P.C.**

By: *Susan Yu*
Susan Lee Yu, Esq.
Attorney for Plaintiff
TAMMY TA

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TA vs. MERCEDES-BENZ USA, LLC, ET AL.
CASE NO.: 8:25-CV-02085-FWS-DFM

I am over the age of 18 years and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 155 N. Lake Ave., Suite 800 Pasadena, CA 91101.

On November 4, 2025, I served the documents described as:

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

on all other parties to this action via electronic service by emailing a true copy of the above document to the email addresses listed below:

| | |
|---|---|
| Thomas W. Remillard (SBN 251567) <br> Chip White (SBN 231623) <br> WOMBLE BOND & DICKINSON LLP <br> 655 North Central Avenue, Suite 2300 <br> Glendale, CA 91203 <br> Telephone: (626) 795-9900 <br> Facsimile: (626) 577-8800 <br> Email: thomas.remillard@wbd-us.com <br> chip.white@wbd-us.com <br> MBWarranty@wbd-us.com | Attorneys for Defendant: <br> Mercedes-Benz USA, LLC |

[ ] BY MAIL - I placed each such sealed envelope, postage thereon fully prepaid for overnight mail, for collection and mailing at Pasadena, California, following ordinary business practices. I am readily familiar with the practice of Premier Justice Law, P.C. for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[X] BY ELECTRONIC TRANSMISSION: I caused to be electronically transmitted such document referenced above to the individual(s) listed on the above service list.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 4, 2025, at Pasadena, California.

*Alicia Chinchilla*
Alicia Chinchilla

PROOF OF SERVICE